IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARLON WRIGHT,

    Plaintiff,

vs.

CIVIL ACTION NO. CV505-020

TODD THOMAS; DAVID GRIFFIN;
Mrs. M. STEAD, and OSCAR PAULK,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Paulk, Griffin, and Stead are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b). Additionally, Plaintiff's claim that Defendant Thomas denied Plaintiff access to the courts is also **dismissed**. Plaintiff's remaining claims against Defendant Thomas remain pending.

SO ORDERED, this 28th day of June, 2005.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

Marlon Wright                    )

vs                               )      CASE NUMBER  CV505-020

Todd Thomas; David Griffin, et al.  )   DIVISION  WAYCROSS

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 6/28/05, which is part of the official record of this case.

Date of Mailing:  6/29/05

Date of Certificate    [X] same date,    or _____

Scott L. Poff, Clerk

By: /s/ Karin Sudhe
Deputy Clerk

**Name and Address**

Marlon Wright, 473409, Dooly State Prison, P.O. Box 750, Unadilla, GA 31091

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate