IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

MARLON WRIGHT,

    Plaintiff,

vs.

TODD THOMAS,

    Defendant.

CIVIL ACTION NO. CV505-020

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff repeatedly alleges that Defendant Thomas ("Thomas") lied about sending Plaintiff his inmate account statement and that Thomas' actions were retaliatory in nature. As the Magistrate Judge noted, Plaintiff cannot merely attack Thomas' credibility. In addition, the evidence and law before the Court do not support Plaintiff's version of events or the law.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Defendants' Motion for Summary Judgment (Doc. No. 20) is **GRANTED**. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 11th day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)