AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MARLON WRIGHT

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV505-20

TODD THOMAS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 11, 2006, adopting the Report and Recommendation of the Magistrate Judge, judgment is hereby entered granting Defendant Todd Thomas's motion for summary judgment and this case is dismissed.

August 11, 2006
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03